

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

August 21, 2024

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

*The request is granted. The instant matter is stayed until November 25, 2024. By that same date, the parties shall submit a joint status letter.*

*SO ORDERED.*
*August 23, 2024*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re: *S.S. a/k/a S.P.S. v. New York City Dep't of Educ.*, 24-cv-2956 (JPC)(GS)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Acting Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative hearings under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 90-day stay of this action until November 25, 2024. Plaintiff consents to this request, and has agreed to provide the needed billing records (and a privilege log, if redacted for privilege) and retainer agreement/s (with redactions for parent and minor's personally identifiable information only) by August 26, 2024. (Defendant's deadline to respond to the Complaint is currently October 28, 2024). On July 9, 2024, the Court granted Defendant's first request for an extension. (ECF 8). We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records, and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice or conferences. The parties are hopeful this matter will be resolved as well.

I also respectfully propose that, if a stay is granted, the parties be required to submit a joint status letter regarding settlement negotiations on or before November 25, 2024.

Thank you for considering these requests.

Respectfully submitted,
*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)